IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHH MORTGAGE CORPORATION f/k/a CENDANT CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>DAN R. HUTCHINSON, JR., et al.,<br><br>        Defendants. | Civil No. 05-1429 (JBS)<br><br>**ORDER** |

   This matter is before the Court upon the motion [Docket Item 41] of Plaintiff PHH Mortgage for summary judgment; for the reasons stated in the Opinion of today's date; and for good cause shown;

   IT IS this   **12th**   day of **June, 2007** hereby

   ORDERED that the motion for summary judgment [Docket Item 41] shall be, and hereby is, **DISMISSED**; and

   IT IS FURTHER ORDERED that the Docket sheet should be corrected to indicate that Erika Robinson a/k/a Evangeline Robinson was terminated as a party on January 16, 2007 and that Evangeline Tisdale a/k/a Evangeline Robinson is a defendant in this case.

                                         **s/ Jerome B. Simandle**
                                         Jerome B. Simandle
                                         United States District Judge