IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

PHH MORTGAGE CORPORATION f/k/a
CENDANT CORPORATION,

        Plaintiff,

    v.

DAN R. HUTCHINSON, JR., et
al.,

        Defendants.

Civil No. 05-1429 (JBS)

**ORDER**

    This matter having come before the Court on the motion of Plaintiff, PHH Mortgage, for summary judgment [Docket Item 52]; the matter being unopposed by pro se Defendants; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

    IT IS this  **17th**  day of **December, 2007** hereby

    ORDERED that the motion for summary judgment shall be, and hereby is, **DENIED WITHOUT PREJUDICE**; and

    IT IS FURTHER ORDERED that Defendants shall, within fourteen days of the entry of this Order, respond to all outstanding discovery requests by supplying certified and complete answers to Plaintiff's counsel, or the Court may, upon good cause shown by Plaintiff upon motion, grant default against Defendants pursuant to Rule 37, Fed. R. Civ. P., for failure to comply with this discovery order.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge