IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHH MORTGAGE CORPORATION f/k/a CENDANT CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>DAN R. HUTCHINSON, JR., et al.,<br><br>            Defendants. | Civil No. 05-1429 (JBS)<br><br>**ORDER** |

   This matter having come before the Court on the motion of Plaintiff PHH Mortgage Corporations, f/k/a Cendant Mortgage Corporations, for default judgment against Defendants Dan R. Hutchinson, Jr.; Delene B. Hutchinson; Valencia M. Robinson; and Dorothy T. Mitchell [Docket Item 60]; and the Court having considered the submission of Plaintiff in support thereof; and the matter being unopposed; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

   IT IS this  **11th**   day of **March**, **2008**

   HEREBY ORDERED that the motion for default judgment shall be, and hereby is, **GRANTED**; and

   IT IS FURTHER ORDERED that Judgement shall be entered in favor of Plaintiff PHH Mortgage Corporation and against Defendants Dan R. Hutchinson, Jr.; Delene B. Hutchinson; Valencia M. Robinson; and Dorothy T. Mitchell, jointly and severally, in the amount of six hundred ninety-five thousand three hundred eighteen dollars and fifty-two cents ($695,318.52);

IT IS FURTHER ORDERED that Plaintiff shall, within seven days of the entry of this Order, inform this Court whether it wishes to pursue its claims against Defendant Evangeline Tisdale, the only remaining defendant in the case.

        **s/ Jerome B. Simandle**
Jerome B. Simandle
United States District Judge